FORM B5.
(6/90)

## FORM 5.    INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| Northern __District of__ Illinois | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>Factor, LLC | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Soc. Sec. No./Complete Tax I.D. No.<br>36-4397521 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1650 Lake Cook Road, Deerfield, IL 60015<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lake | MAILING ADDRESS OF DEBTOR (If different from street address) |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>1650 Lake Cook Road, Deerfield, IL 60015 |
|---|
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br>☐ Chapter 7    ☒ Chapter 11 |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- ☐ Debts are primarily consumer debts
- ☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
- ☐ Individual     ☐ Corporation Publicly Held
- ☐ Partnership    ☐ Corporation Not Publicly Held
- ☒ Other: Limited Liability Company

A. TYPE OF BUSINESS (Check one)
- ☐ Professional       ☐ Transportation    ☐ Commodity Broker
- ☐ Retail/Wholesale   ☐ Manufacturing/    ☐ Construction
- ☐ Railroad             Mining            ☐ Real Estate
-                       ☐ Stockbroker      ☒ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Healthcare accounts receivable factoring services

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br><br>VeridianHealth, LLC | Case Number | Date<br><br>8/10/05 |
|---|---|---|
| Relationship<br>Affiliate | District<br>N.D. Illinois Eastern Division | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 30.
2. ☒ The debtor is a person against whom an order for relief may be entered of the United States Code.
3. a. ☐ The debtor is generally not paying such debtor's debts as they become such debts are the subject of a bona fide dispute;
   or
   b. ☒ Within 120 days preceding the filing of this petition, a custodian, other receiver, or agent appointed or authorized to take charge of less than su of the property of the debtor for the purpose of enforcing a lien against property, was appointed or took possession.

COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/10/2005
Time: 17:18:49
Debtor: FACTOR LLC
Case: 05-31522    Fee: 839
Chapter: 11  Rec. #: 3136553
Judge: Carol Doyle

1:05BK31522-BK001

FORM 5 Involuntary Petition
(6/92)

Name of Debtor __Factor, LLC__

Case No. _____
(court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Michael E Hayes_  FVP
Signature of Petitioner or Representative (State title)
__JPMorgan Chase Bank, NA__   __8/9/05__
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
JPMorgan Chase Bank, NA
120 S. LaSalle Street, 6th Fl.
Chicago, IL 60603
Michael E. Hayes,
First Vice President

X _Chad H. Gettleman_  8/9/05
Signature of Attorney    Date
__Chad H. Gettleman, Esq.__
Name of Attorney Firm (If any)
Adelman & Gettleman, Ltd.
Address
53 W. Jackson Blvd., Suite 1050, Chicago, IL 60604
Telephone No.
312-435-1050

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney    Date

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| JPMorgan Chase Bank, NA<br>120 S. LaSalle St., 6th Fl, Chicago, IL 60603 | Promissory Notes and related charges and fees | $8,048,793.34 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$8,048,793.34 |

__0__ continuation sheets attached